Gerd TOPSNIK, Plaintiff-Appellant

v.

UNITED STATES, Defendant-Appellee

2016-2405

United States Court of Appeals, Federal Circuit.

May 5, 2017

CHARLES H. MAGNUSON, Law Offices of Charles Magnuson, Los Angeles, CA, argued for plaintiff-appellant.

ANTHONY T. SHEEHAN, Tax Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by RICHARD FARBER, CAROLINE D. CIRAOLO.

(Dyk, Bryson, and Chen, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**